# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

**ROBERT PATRICK RILEY**                                        **PETITIONER**

**v.**                                        **CIVIL ACTION NO. 5:23-CV-152-JHM**

**ERIC WILLILAMS, WARDEN**                                        **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Grounds 1, 3, 4, 5, and 6 of this 28 U.S.C. § 2241 habeas action are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that Ground 2 of this 28 U.S.C. § 2241 habeas action is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

There being no just reason for delay in its entry, this is a **final and appealable Order**.

The Court **certifies** that an appeal *in forma pauperis* would be frivolous and therefore not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Any further request for a certificate of appealability or to appeal *in forma pauperis* should be directed to the Sixth Circuit Court of Appeals pursuant to the requirements of Fed. R. App. P. 22(b) and 24, respectively.

Date:  September 16, 2024

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Petitioner, *pro se*
4414.014